```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ESTATE OF COURTNEY L. RATCLIFFE,    :
NANCY RATCLIFFE, and ALFRED         :
RATCLIFFE,                          :
                    Plaintiff,      :    05 Civ. 10272 (JFK)
                                    :    OPINION & ORDER
          - against -               :
                                    :
PRADERA REALTY COMPANY,             :
ANASTASIOS TZEZAILIDIS,             :
287 10TH GLASS RESTAURANT, INC.,    :
TIMOTHY SHERRY, FERNANDO HENAO and  :
JOHN DOES I-V and ABC COMPANIES     :
VI-X, being fictitious entities     :
and/or persons, t/a or d/b/a        :
PRADERA REALTY COMPANY and/or 287   :
10TH GLASS RESTAURANT, INC.         :
jointly, severally and in the       :
alternative,                        :
                    Defendants.     :
------------------------------------X
```



**JOHN F. KEENAN, United States District Judge:**

By Order dated July 16, 2007, the Court stayed the briefing schedule for the summary judgment motion of Defendants 287 10th Glass Restaurant, Timothy Sherry, and Fernando Henao (collectively, "Glass" Defendants) pending Plaintiff's submission of a motion to amend its complaint, pursuant to Federal Rule 16(b), and the Court's adjudication of that motion to amend. The Court's Order of July 16, 2007, however, did not operate to stay the briefing schedule for the summary judgment motion filed by Defendants Pradera Realty Corp. and Anastasios Tzezailidis (collectively, "Pradera" Defendants). Plaintiff's proposed amendments to its complaint relate only to allegations of conduct by the Glass Defendants and are not related in any way to the Pradera Defendants. Thus, the briefing schedule for the Pradera

Defendants' motion for summary judgment was not stayed or otherwise altered by the Court's Order of July 16, 2007. The Pradera Defendants' motion for summary judgment, Plaintiff's opposition, and the Pradera Defendants' reply are due to be filed, with two courtesy copies submitted to chambers, on July 31, 2007, per my memo-endorsed Order of April 30, 2007 (see ECF Doc. #36).

SO ORDERED.

Dated:  New York, New York
        July 24, 2007

                                    /s/ John F. Keenan
                                    _____
                                    JOHN F. KEENAN
                                    United States District Judge